**CHAMPLAIN VALLEY MILK PRODUCERS, INC. v. VERMONT MILK CONTROL BOARD, No. 82-104**

April 2, 1982. A. Motion to stay enforcement/implementation of Milk Control Board Rule, denied.

B. Appellee's motion to dismiss for lack of jurisdiction is granted;

1. The proceeding below was rule making in nature and not a contested case under 3 V.S.A. Chapter 25. Accordingly, this Court is without jurisdiction.

2. Appellant failed to apply to the Milk Control Board for a rehearing, 6 V.S.A. § 2931(b), and this Court is without jurisdiction.

**STATE of Vermont v. AMES BIG N DEPARTMENT STORE, No. 443-81**

May 28, 1982. This case being controlled by our decision in *State v. Ludlow Supermarkets, Inc.*, 141 Vt. 261, 448 A.2d 791, filed this same date, the judgment below granting the defendant's motion to dismiss the prosecution is affirmed.

**STATE of Vermont v. GRAND UNION CO., P & C Food Markets, Inc., et al. and First National Stores, Inc., The Great Atlantic & Pacific Tea Co., No. 82-042**

May 28, 1982. This case being controlled by our decision in *State v. Ludlow Supermarkets, Inc.*, 141 Vt. 261, 448 A.2d 791, filed this same date, that portion of the judgment below declaring 13 V.S.A. § 3355(b) to be unconstitutional and without force or effect is affirmed; that portion of the judgment restraining and enjoining the defendants Grand Union Company and P & C Food Markets, Inc., from conducting their usual business on July 4, Labor Day, Thanksgiving or Sundays other than those between Thanksgiving and Christmas is reversed.

**IN RE Peter DIAMONDSTONE, No. 229-81**

June 11, 1982. It appearing that no jurisdiction existed in the purported tribunal issuing the judgment of contempt, all proceedings and orders in connection with this matter are declared null and void and the prayer of the appellant for dismissal is granted.